**Doudou B. JANNEH, Plaintiff–Appellant,**

v.

**MANPOWER INC. OF NEW YORK and International Business Machines Corp., Defendant–Appellees.**

Docket Nos. 03–9103(L), 03–9108(CON).

United States Court of Appeals, Second Circuit.

June 23, 2004.

Doudou B. Janneh, Binghamton, NY, pro se.

Thomas S. Berkman, McGuirewoods LLP (Joel H. Spitz, Michael R. Phillips, of counsel), New York, NY, for Defendant–Appellee Manpower Inc. of New York, for Appellees.

Paul T. Sheppard, Hinman, Howard & Kattell, LLP, Binghamton, NY, for Defendant–Appellee International Business Machines Corp., for Appellees.

PRESENT: LEVAL, CABRANES and WALLACE,* Circuit Judges.

District of New York, sitting by designation.

* The Honorable J. Clifford Wallace, of the United States Court of Appeals for the Ninth Circuit, sitting by designation.

## SUMMARY ORDER

We have considered all of plaintiff's arguments and have found each of them to be without merit. We affirm for substantially the reasons set forth in the District Court's Decision and Order dated September 26, 2003.

\*　　\*　　\*　　\*　　\*　　\*

Accordingly, the judgment of the District Court is hereby **AFFIRMED**.